IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PHL VARIABLE INSURANCE COMPANY, | : | CIVIL ACTION NO. 3:13-cv-1314 |
| | : | |
| *Plaintiff*, | : | |
| | : | |
| v. | : | |
| | : | |
| FREUNDT & ASSOCIATES INSURANCE SERVICES, INC., | : | |
| | : | |
| *Defendant*. | : | September 6, 2013 |

## PLAINTIFF'S COMPLAINT

Plaintiff PHL Variable Insurance Company ("Phoenix"), by and through its attorneys, files this Complaint against Freundt & Associates Insurance Services, Inc. as follows:

## THE PARTIES

1. Phoenix is a life insurance company organized under the laws of, and maintains its principal place of business in, the State of Connecticut and is a citizen of the State of Connecticut.

2. On information and belief, Defendant Freundt & Associates is organized under the laws of the State of California and may be served with process through its registered agent, C. Kent Freundt, in Irvine, California.

## JURISDICTION AND VENUE

3. Freundt & Associates is a citizen of California and subject to the personal jurisdiction of this Court because the Brokerage General Agent Agreement that governs Freundt & Associates' relationship with Phoenix subjects Freundt & Associates to the jurisdiction of the United States District Court for the District of Connecticut.

4. This Court may exercise diversity jurisdiction under 28 U.S.C. § 1332(a) because the parties are citizens and residents of different states, and the amount in controversy exceeds $75,000.00.

5. This Court is a proper venue for this action pursuant to 28 U.S.C. § 1391(b)(2) because a substantial part of the events or omissions giving rise to the claims occurred in this district.  In addition, the Brokerage General Agent Agreement between Freundt & Associates provides that any disputes arising out of that agreement shall be subject to the laws of the State of Connecticut without regard to Connecticut choice of law rules.

**FACTUAL BACKGROUND**

6. Phoenix is, and during all relevant times has been, in the business of underwriting and issuing policies of life insurance.

7. Freundt & Associates is an appointed brokerage general agent of Phoenix. Pursuant to the Brokerage General Agent Agreement Freundt & Associates executed with Phoenix (the "Freundt Broker Agreement"), Freundt & Associates agreed that any disputes arising out of the Freundt Broker Agreement would be governed by Connecticut law.  This lawsuit arises out of the Freundt Broker Agreement.

8. Freundt & Associates marketed Phoenix life insurance to its clients, which resulted in the issuance of the following Phoenix life insurance policies:  Policy No. 97527973 insuring the life of Britt-Marie Johnson (the "Johnson Policy"); Policy No. 97528456 insuring the life of Gabriel Spataro (the "Spataro Policy"); and Policy No. 97528282 insuring the life of Yvonne Travisano (the "Travisano Policy") (collectively, the "Policies").  Pursuant to the Freundt Broker Agreement, Phoenix paid Freundt & Associates $534,400.00 in compensation on the Policies (the "Freundt Compensation").  Specifically, Phoenix paid Freundt & Associates

$52,000.00 for the Johnson Policy, $424,000.00 for the Spataro Policy, and $58,400.00 for the Travisano Policy.

9. After their issuance, the Policies were rescinded and Phoenix returned a portion of premiums paid on the Policies to the Policies' respective owners.

10. Under the Freundt Broker Agreement, whenever Phoenix refunds or returns any amount of premium made on a policy or contract, for any reason, any compensation paid by Phoenix to Freundt & Associates on the policy must be promptly repaid to Phoenix.

11. While some of Freundt & Associates' debt has been offset by (1) other compensation payable to Freundt & Associates but withheld by Phoenix pursuant to the terms of the Freundt Broker Agreement and/or (2) other offsets to which Freundt & Associates is entitled, Freundt & Associates remains liable to Phoenix for $185,374.06.  Phoenix has demanded repayment of the Freundt Compensation, but Freundt & Associates has refused to remit payment to Phoenix.

## CAUSES OF ACTION

### I.
### BREACH OF CONTRACT

12. Phoenix incorporates paragraphs 1 through 11 as if fully set forth herein.

13. The Freundt Broker Agreement is a valid and enforceable written contract under Connecticut law between Phoenix and Freundt & Associates.  Phoenix has fully performed its obligations under the Freundt Broker Agreement.  All conditions precedent to Phoenix's recovery against Freundt & Associates under the terms of the Freundt Broker Agreement have been performed or have occurred.  Freundt & Associates' failure and/or refusal, as described above, to honor its obligations under the Freundt Broker Agreement constitutes a breach of the Freundt Broker Agreement.

14. As a result of Freundt & Associates' breach of the Freundt Broker Agreement, Phoenix has incurred significant damages. More specifically, Freundt & Associates' breach of the Freundt Broker Agreement has caused Phoenix injury in an amount of at least $185,374.06.

## PRAYER

For the foregoing reasons, Phoenix respectfully requests that the Court:

(a) enter judgment against Freundt & Associates Insurance Services, Inc. entitling Phoenix to recover its actual damages, less any recoupments and/or offsets, and pre-judgment and post-judgment interest; and

(b) award such other and further relief, at law or in equity, to which Phoenix may be entitled.

    Respectfully submitted,

    PLAINTIFF,
    PHL VARIABLE INSURANCE COMPANY

    By: ____/s/ Eric L. Sussman_____
        Eric L. Sussman (ct19723)
        DAY PITNEY LLP
        242 Trumbull Street
        Hartford, Connecticut 06103-1212
        (860) 275-0100
        (860) 275-0343 (fax)
        elsussman@daypitney.com
        Its Attorney

OF COUNSEL:
EDISON, MCDOWELL & HETHERINGTON LLP
Jessica L. Wilson*
Texas Bar No. 24028230
Andrew R. Kasner*
Texas Bar No. 24078770
3200 Southwest Freeway, Suite 2100
Houston, Texas 77027
Telephone: (713) 337-5580
Telecopy: (713) 337-8850
* *Pro hac vice* applications to be submitted